THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Michael J. Davis, Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2006-UP-228  
Submitted April 1, 2006  Filed April 25, 2006 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Legal Counsel John Benjamin Aplin, of S.C. Departmen of Probation, Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Michael J. Davis pleaded guilty to breach of trust with fraudulent intent over $5000.  He was sentenced to 10 years in prison suspended upon service of three months with five years probation. He was ordered to pay $12,395 restitution. Davis appeals, arguing the circuit court judge abused his discretion by revoking Davis suspended sentence for violation of his probation and ordering him to serve nine years in prison.  On appeal, counsel for Davis has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Davis filed a pro se response, arguing that he could not comply with the conditions of his probation. 
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.